# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff, : Case No. 3:02-cr-005
                                                      also 3:07-cv-249

                                                    District Judge Walter Herbert Rice
-vs-                                              Chief Magistrate Judge Michael R. Merz

                                                    :

ROBERT A. STONEROCK,

        Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 193), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on September 20, 2007, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that this § 2255 proceeding be dismissed without prejudice to its renewal after completion of appellate proceedings.

September 21, 2007.

                                                                       Walter Herbert Rice
                                                                     United States District Judge