IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:02cr00005 |
| | | Case No. 3:11cv00217 |
| vs. | : | |
| | | District Judge Walter Herbert Rice |
| ROBERT A. STONEROCK, | : | Magistrate Judge Sharon L. Ovington |
| Defendant. | : | **DECISION AND ENTRY** |

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #249), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on June 29, 2011 (Doc. #249) is ADOPTED in full;

2. Robert A. Stonerock's Motion to Vacate, Set Aside or Correct Sentence (Doc. # 244) is DENIED without prejudice to renewal upon completion of his re-sentencing and any direct appeals;

3. Stonerock's Motion for Evidentiary Hearing (Doc. # 248) is DENIED as moot;

4. Stonerock's Motion for Production of Documents (Doc. #247) is DENIED as moot;

5. Stonerock's Motion to Proceed In Forma Pauperis (Doc. # 245) is GRANTED;

and

6. Case Number 3:11cv00217 is terminated on the docket of this Court.

                                                      Walter Herbert Rice
                                            United States District Judge