IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ROBERT A. STONEROCK, :

    Plaintiff, :

                                Case No. 3:02cr00005-1
vs.                           :                3:12cv00157

                                : District Judge Walter Herbert Rice
UNITED STATES OF AMERICA,     Chief Magistrate Judge Sharon L. Ovington
                                :

    Defendant.

                                :

## DECISION AND ENTRY

    The Court has conducted a <u>de novo</u> review of the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #333), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

    It is therefore **ORDERED** that:

1.    The Report and Recommendations docketed on August 10, 2015 (Doc. #333) is ADOPTED in full;

2.    Stonerock's Motion Under 28 U.S.C. §2255 To Vacate, Set Aside Or Correct Sentence (Doc. # 274) is GRANTED on Ground Two and this matter will be scheduled for resentencing;

3.    Stonerock's Motion for Leave to File a First Amended Petition (Doc. #277) is

      DENIED without prejudice to renewal; and

4.    *Stonerock v. United States*, 3:12cv157 is terminated on the Court's docket.

                                                             *[signature]*

                                                   Walter Herbert Rice
                                           United States District Judge